IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CATHINE MOORE**                                                                                           **PLAINTIFF**

**V.**                           **CASE NO. 4:11CV00505 BSM**

**LITTLE ROCK SCHOOL DISTRICT et al.**                                       **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is hereby dismissed.

Dated this 7th day of March 2012.

_____
UNITED STATES DISTRICT JUDGE